In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-413 CV


____________________



IN THE INTEREST OF Y.G. AND E.G.






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 07-02-01242-CV






MEMORANDUM OPINION



 The appellant, J. Inocente Guevara, filed a motion to dismiss this appeal. The motion
is voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.


 _____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered September 6, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.